*WO*

# *UNITED STATES DISTRICT COURT*

### DISTRICT OF ARIZONA

```
Jesus Praxedes Castro-Montano,)
                              )
                              )
             Petitioner,      )
                              )
      vs.                     )  JUDGMENT IN A CIVIL CASE
                              )
United States of America,     )  Case: CV-05-638-TUC-FRZ
                              )        CR-05-378-TUC-FRZ
             Respondent.      )
_____)
```

X   **DECISION BY COURT.**  This action came under
    consideration before the Court.  The issues have been
    considered and a decision has been rendered.


**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C.
document #23 in CR-05-378-TUC-FRZ) is **DENIED** and this case
(CV-05-638-TUC-FRZ) is **DISMISSED**.

**IT IS FURTHER ORDERED** that Petitioner's "Application to
Proceed *In Forma Pauperis* by a Prisoner (Habeas)" (U.S.D.C.
document #24 in CR-05-378-TUC-FRZ) is **DENIED AS MOOT**.


| | |
|---|---|
| <u>November 7, 2005</u> | <u>RICHARD H. WEARE</u> |
| Date | CLERK |

                                   <u>S/ *M.  Michelle Mejia*   </u>
                                      M.  Michelle Mejia
                                        Deputy Clerk


Copies to:
J/B, FRZ, Castro-Montano, all Counsel