*WO*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

```
Jesus Praxedes Castro-Montano,)
                              )
                              )
            Petitioner,       )
                              )
    vs.                       ) JUDGMENT IN A CIVIL CASE
                              )
United States of America,     ) Case: CV-05-638-TUC-FRZ
                              )       CR-05-378-TUC-FRZ
            Respondent.       )
_____)
```

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #23 in CR-05-378-TUC-FRZ) is **DENIED** and this case (CV-05-638-TUC-FRZ) is **DISMISSED.**

**IT IS FURTHER ORDERED** that Petitioner's "Application to Proceed *In Forma Pauperis* by a Prisoner (Habeas)" (U.S.D.C. document #24 in CR-05-378-TUC-FRZ) is **DENIED AS MOOT.**


November 7, 2005                   RICHARD H. WEARE
Date                               CLERK


                                    S/ *M.  Michelle Mejia*
                                   M.  Michelle Mejia
                                       Deputy Clerk


Copies to:
J/B, FRZ, Castro-Montano, all Counsel